**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1244**

---

SALLY K. FAVALORO,

        Plaintiff - Appellant,

    v.

FLORENCE COUNTY; LUCAS JAMES ASPER; MICHAEL MONTGOMERY SHETTERLY,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:21-cv-01698-JD)

---

Submitted:  November 21, 2023                    Decided:  November 27, 2023

---

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sally Favaloro, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sally K. Favaloro appeals the district court's orders accepting the recommendation of the magistrate judge, dismissing Favaloro's 42 U.S.C. § 1983 action with prejudice, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Favaloro v. Florence Cnty.*, No. 4:21-cv-01698-JD (D.S.C. Nov. 9, 2022; Feb. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*